# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

| | | | |
|---|---|---|---|
| Mendoza v. Mendoza | CAAP–15–0000039 | 03/14/2016 | Dismissed and Affirmed |
| State v. Hilario | CAAP–13–0003039 | 03/18/2016 | Vacated and Remanded for Dismissal |
| Lanaians for Sensible Growth v. Lanai Resorts, LLC | CAAP–13–0000314, CAAP–12–0001065 | 03/21/2016 | Affirmed |
| Rapozo v. State | CAAP–14–0001141 | 03/30/2016 | Vacated and Remanded |